UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-15-20
```

JOSEPH GUGLIELMO, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

v.

URBAN REMEDY, INC.,

                Defendant.

20-CV-00828 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 3, 2020, the Court ordered that within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. Dkt. 5. The Court further ordered that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *Id.* On March 3, 2020, Plaintiff filed an affidavit of service averring that Defendant was served on February 11, 2020. Dkt. 6. However, the parties have not yet filed the joint letter required by the Court's February 3, 2020 Order. The parties shall do so no later than April 22, 2020.

SO ORDERED.

Dated:    April 15, 2020
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge