UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-1-20

JOSEPH GUGLIELMO, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

v.

URBAN REMEDY, INC.,

Defendant.

20-CV-00828 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 3, 2020, the Court ordered that within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. Dkt. 5. The Court further ordered that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *Id*. On March 3, 2020, Plaintiff filed an affidavit of service averring that Defendant was served on February 11, 2020. Dkt. 6. On April 15, 2020, the Court ordered the parties to file the joint letter required by the Court's February 3, 2020 Order no later than April 22, 2020. Dkt. 7. The parties have not yet done so, and Defendant has not yet appeared, answered, or otherwise responded to the complaint.

Defendant shall file its response to the complaint and the parties shall file their joint letter no later than May 15, 2020. Alternatively, if Plaintiff is unable to reach Defendant, he shall file a letter so informing the Court no later than May 15, 2020. Plaintiff's failure to comply with this Order—either by filing the joint letter required by the February 3, 2020 Order or by filing a letter

regarding his inability to reach Defendant—may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    Plaintiff shall promptly serve this Order on Defendant and file proof of such service on the docket.

Dated:    May 1, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge