USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-26-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

v.

URBAN REMEDY, INC.,

                      Defendant.

20-CV-00828 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 3, 2020, the Court ordered that within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. Dkt. 5. The Court further ordered that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *Id*. On March 3, 2020, Plaintiff filed an affidavit of service averring that Defendant was served on February 11, 2020. Dkt. 6. On April 15, 2020, the Court ordered the parties to file the joint letter required by the Court's February 3, 2020 Order no later than April 22, 2020. Dkt. 7. The parties have not yet done so, and Defendant has not yet appeared, answered, or otherwise responded to the complaint.

      On May 1, 2020, the Court ordered Defendant to file its response to the complaint and the parties to file their joint letter no later than May 15, 2020. Dkt. 8. Alternatively, the Court ordered that if Plaintiff was unable to reach Defendant, he must file a letter so informing the Court no later than May 15, 2020. *Id*. The May 1, 2020 Order provided that Plaintiff's failure to

comply with the Order—either by filing the joint letter required by the February 3, 2020 Order or by filing a letter regarding his inability to reach Defendant—may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff has not filed any of the letters required by the Court's February 3, 2020, April 15, 2020, or May 1, 2020 Orders.  Plaintiff shall file a status letter no later than June 9, 2020. **Failure to do so will result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

Plaintiff shall serve this Order on Defendant by June 2, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:   May 26, 2020
         New York, New York

                                          Ronnie Abrams
                                          United States District Judge